UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TAYLOR,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>THE CITY OF NEW YORK, RICHARD ALVAREZ, ANTHONY CHOW, FERNANDO BONILLA, and THOMAS FABRIZI, *individually and in their official capacities as New York City police officers*, and JOHN or JANE DOES 1-10,<br><br>                              Defendants. | 19 Civ. 6754 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court understands that discovery has concluded in this case. (*See* Dkt. #32, 56). Accordingly, the parties are hereby ORDERED to appear for a status conference on May 4, 2021, at 2:00 p.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m.

By Thursday of the week prior to that conference, the parties shall submit via e-mail (Failla_NYSDChambers@nysd.uscourts.gov) a joint letter, not to exceed three pages. The letter should include the following information in separate paragraphs:

   (i.)   A statement of all existing deadlines, due dates, and/or cut-off dates;

   (ii.)  A brief description of any outstanding motions;

(iii.)  A brief description of the status of discovery and of any additional discovery that needs to be completed;

(iv.)  A statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

(v.)  A statement of the anticipated length of trial and whether the case is to be tried to a jury;

(vi.)  A statement of whether the parties anticipate filing motions for summary judgment, including the basis of any such motion; and

(vii.)  Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.

SO ORDERED.

Dated: April 9, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge