UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TAYLOR,

                Plaintiff,

-v-                                          CIVIL ACTION NO.: 19 Civ. 6754 (KPF) (SLC)

**ORDER**

CITY OF NEW YORK, RICHARD ALVAREZ, ANTHONY CHOW, FERNANDO BONILLA, and THOMAS FABRIZI,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's counsel's June 8, 2022 letter (ECF No. 95) resolves the Court's June 2, 2022 Order to Show Cause (ECF No. 94), and the Court will not impose sanctions for Plaintiff's failure to attend the June 2, 2022 settlement conference. The parties shall promptly meet and confer regarding their availability to attend a settlement conference during the week of July 18 to July 22, 2022 and, by **June 15, 2022**, file a joint letter advising the Court of all dates they are mutually available.

Dated:     New York, New York
             June 9, 2022

                                                      SO ORDERED.

                                                      _/s/ Sarah L. Cave_
                                                      **SARAH L. CAVE**
                                                      United States **Magistrate Judge**