UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TAYLOR,

               Plaintiff,

-v-

CITY OF NEW YORK, RICHARD ALVAREZ, ANTHONY CHOW, FERNANDO BONILLA, and THOMAS FABRIZI,

               Defendants.

CIVIL ACTION NO.: 19 Civ. 6754 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 9, 2022, the Court directed the parties to promptly meet and confer regarding their availability to attend a settlement conference during the week of July 18 to July 22, 2022 and, by June 15, 2022, to file a joint letter (the "Letter") advising the Court of all dates they are mutually available.  (ECF No. 96).  To date, the parties have not filed the Letter.  Accordingly, if the parties wish for the Court to conduct a settlement conference, they shall file the Letter by **June 22, 2022**.

Dated:     New York, New York
             June 17, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge