UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TAYLOR,

                Plaintiff,

-v-

CITY OF NEW YORK, RICHARD ALVAREZ, ANTHONY CHOW, FERNANDO BONILLA, and THOMAS FABRIZI,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6754 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 9, 2022, the Court directed the parties to meet and confer regarding their availability to attend a settlement conference during the week of July 18 to July 22, 2022 and, by June 15, 2022, to file a joint letter (the "Letter") advising the Court of all dates they are mutually available. (ECF No. 96). On June 17, 2022, not having heard from the parties, the Court sua sponte extended this deadline and directed the parties to file the Letter by June 22, 2022 advising whether they wish for the Court to conduct a settlement conference. (ECF No. 97). To date, the parties have not filed the Letter or otherwise communicated with the Court. Accordingly, the Court deems abandoned the parties' request for a settlement conference and infers that the parties intend instead to proceed to trial. Pursuant to the Honorable Katherine Polk Failla's April 12, 2022 Order, the parties shall promptly file a joint status letter. (ECF No. 88).

Dated:     New York, New York
            June 23, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge